Fill in this information to identify the case:

Debtor1 Anthony Eugene Walton

Debtor 2 Twandar Lashelle Walton
(Spouse, if filing)

United States Bankruptcy Court for the : District of Maryland
(State)

Case number 23-17432

# Form 4100R
# Response to Notice of Final Cure

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST

**Court claim no.** (if known): 21

**Last 4 digits** of any number you use to identify the debtor's account: 1796

**Property address:** 3087 SUNSET LN ,
Number Street
SUITLAND , MD 20746
City State ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $__________

.

## Part 3: Postpetition Mortgage

*Check one:*

[ [ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ____/____/______
MM/DD/YYYY

[X] Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: (a) $4,235.06

b. Total suspense: **-** (b) $320.72

c. Total. (c) $3,914.34

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 8/1/2025*
MM/ DD/ YYYY

***Please note, Secured Creditor is not in receipt of check #8006007 in the amount of $1172.57. Once received the funds will be applied to the account.**

**Debtor 1** Anthony Eugene Walton **Case number** *(if known)* 23-17432
First Name Middle Name Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X] all payments received;
[X] all fees, costs, escrow, and expenses assessed to the mortgage; and
[X] all amounts the creditor contends remain unpaid

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

[ ] I am the creditor.
[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

**X** /s/ Chetan Gopal Date 10/14/2025
Signature

Print Chetan Gopal, Esquire Title Authorized Agent
First Name Middle Name Last Name

Company Robertson, Anschutz, Schneid, Crane & Partners, PLLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address 13010 Morris Road, Suite 450
Number Street

Alpharetta GA 30004
City State ZIP Code

Contact 470-321-7112 Email cgopal@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 14 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Anthony Eugene Walton
3809 Hemlock Place
Temple Hills, MD 20748

Twandar Lashelle Walton
3809 Hemlock Place
Temple Hills, MD 20748

And via electronic mail to:

Donald L Bell
Law Office of Donald L. Bell LLC
6305 Ivy Lane
Ste 315
Greenbelt, MD 20770

Rebecca A. Herr
Chapter 13 Trustee
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401

By: /s/ Jessica Kerrigan
Email: jkerrigan@raslg.com

# PAYMENT HISTORY

PAYMENT HISTORY PER MSP

| | | | |
|---|---|---|---|
| LOAN NUMBER | [redacted] | POST-PETITION PAYMENT CHANGES | |
| FILING DATE | 10/16/2023 | | |
| PAYMENTS IN POC | Principal & interest due is $20,795.61; Prepetition fees due is $$3,904.12; Escrow deficiency is $10,168.49; Projected escrow shortage is $862.65 ; Less funds on hand is $266.85; Total prepetition arrearage is $35464.02 | EFFECTIVE | 11/1/2023 · 8/1/2025 |
| FIRST POST-PETITION DUE DATE | 11/1/2023 | AMOUNT | $ 1,004.64 · $ 1,020.83 |

| DATE | INCOMING FUNDS: PRE-PETITION FUNDS | INCOMING FUNDS: POST-PETITION FUNDS | ESC DISB: ESCR DISB | POST-PETITION PAYMENTS: PRIN | INT | ESCR | Other | POST PYMT | DUE DATES: CONTR PYMT | CLAIM PYMT | PMT AMT: TOTAL POST-PMT POSTED | SUSPENSE INFORMATION: TRUSTEE SUSP BAL | DEBTOR SUSP BAL | TOTAL MSP SUSP BAL | RUNNING BALANCES: PRINCIPAL | ESCROW | MANUAL HISTORY: PAYMENT AMOUNT | Phonepay Fee | MANUAL SUSP | MANUAL SUSP BAL | MANUAL POST PYMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STARTING BALANCES | | | | | | | | | | | $ - | $ 266.85 | $ - | $ 266.85 | $ 69,854.50 | $ (10,168.49) | | $ - | $ - | $ - | |
| 12/6/2023 | | $ 1,107.45 | | | | | | | | | $ - | $ 266.85 | $ 1,107.45 | $ 1,374.30 | $ 69,854.50 | $ (10,168.49) | $1,004.64 | $ - | $ 102.81 | $ 102.81 | 11/1/2023 |
| 1/8/2024 | | $ 1,004.64 | | | | | | | | | $ - | $ 266.85 | $ 2,112.09 | $ 2,378.94 | $ 69,854.50 | $ (10,168.49) | $1,004.64 | $ - | $ - | $ 102.81 | 12/1/2023 |
| 1/9/2024 | | | | | | | | | 6/1/2021 | | $ 1,022.03 | $ (755.18) | $ 2,112.09 | $ 1,356.91 | $ 69,515.79 | $ (9,863.55) | | $ - | $ - | $ 102.81 | |
| 2/20/2024 | | | | | | | | | 7/1/2021 | | $ 1,022.03 | $ (1,777.21) | $ 2,112.09 | $ 334.88 | $ 69,175.24 | $ (9,558.61) | | $ - | $ - | $ 102.81 | |
| 2/22/2024 | | $ 1,004.64 | | | | | | | | | $ - | $ (1,777.21) | $ 3,116.73 | $ 1,339.52 | $ 69,175.24 | $ (9,558.61) | $1,004.64 | $ - | $ - | $ 102.81 | 1/1/2024 |
| 3/20/2024 | | | | | | | | | 8/1/2021 | | $ 1,022.03 | $ (2,799.24) | $ 3,116.73 | $ 317.49 | $ 68,832.85 | $ (9,253.67) | | $ - | $ - | $ 102.81 | |
| 3/20/2024 | | | | | | | | | | | $ 214.68 | $ (3,013.92) | $ 3,116.73 | $ 102.81 | $ 68,832.85 | $ (9,038.99) | | $ - | $ - | $ 102.81 | |
| 3/28/2024 | | $ 1,005.00 | | | | | | | | | $ - | $ (3,013.92) | $ 4,121.73 | $ 1,107.81 | $ 68,832.85 | $ (9,038.99) | $1,004.64 | $ - | $ 0.36 | $ 103.17 | 2/1/2024 |
| 4/22/2024 | | $ 1,004.00 | | | | | | | | | $ - | $ (3,013.92) | $ 5,125.73 | $ 2,111.81 | $ 68,832.85 | $ (9,038.99) | $1,004.64 | $ - | $ (0.64) | $ 102.53 | 3/1/2024 |
| 4/27/2024 | | | | | | | | | 9/1/2021 | | $ 1,076.41 | $ (4,090.33) | $ 5,125.73 | $ 1,035.40 | $ 68,488.60 | $ (8,679.67) | | $ - | $ - | $ 102.53 | |
| 5/21/2024 | | $ 1,005.00 | | | | | | | | | $ - | $ (4,090.33) | $ 6,130.73 | $ 2,040.40 | $ 68,488.60 | $ (8,679.67) | $1,004.64 | $ - | $ 0.36 | $ 102.89 | 4/1/2024 |
| 5/21/2024 | | | | | | | | | | | $ - | $ (4,090.33) | $ 6,130.73 | $ 2,040.40 | $ 68,488.60 | $ (8,679.67) | | $ - | $ - | $ 102.89 | |
| 5/22/2024 | | | | | | | | | 10/1/2021 | | $ 1,076.41 | $ (5,166.74) | $ 6,130.73 | $ 963.99 | $ 68,142.49 | $ (8,320.35) | | $ - | $ - | $ 102.89 | |
| 6/25/2024 | | $ 1,005.00 | | | | | | | | | $ - | $ (5,166.74) | $ 7,135.73 | $ 1,968.99 | $ 68,142.49 | $ (8,320.35) | $1,004.64 | $ - | $ 0.36 | $ 103.25 | 5/1/2024 |
| 6/25/2024 | | | | | | | | | | | $ - | $ (5,166.74) | $ 7,135.73 | $ 1,968.99 | $ 68,142.49 | $ (8,320.35) | | $ - | $ - | $ 103.25 | |
| 6/26/2024 | | | | | | | | | 11/1/2021 | | $ 1,076.41 | $ (6,243.15) | $ 7,135.73 | $ 892.58 | $ 67,794.51 | $ (7,961.03) | | $ - | $ - | $ 103.25 | |
| 7/24/2024 | | $ 1,024.00 | | | | | | | | | $ - | $ (6,243.15) | $ 8,159.73 | $ 1,916.58 | $ 67,794.51 | $ (7,961.03) | $1,004.64 | $ - | $ 19.36 | $ 122.61 | 6/1/2024 |
| 7/24/2024 | | | | | | | | | | | $ - | $ (6,243.15) | $ 8,159.73 | $ 1,916.58 | $ 67,794.51 | $ (7,961.03) | | $ - | $ - | $ 122.61 | |
| 7/27/2024 | | | | | | | | | 12/1/2021 | | $ 1,076.41 | $ (7,319.56) | $ 8,159.73 | $ 840.17 | $ 67,444.64 | $ (7,601.71) | | $ - | $ - | $ 122.61 | |
| 8/23/2024 | | $ 1,024.00 | | | | | | | | | $ - | $ (7,319.56) | $ 9,183.73 | $ 1,864.17 | $ 67,444.64 | $ (7,601.71) | $1,004.64 | $ - | $ 19.36 | $ 141.97 | 7/1/2024 |
| 8/23/2024 | | | | | | | | | | | $ - | $ (7,319.56) | $ 9,183.73 | $ 1,864.17 | $ 67,444.64 | $ (7,601.71) | | $ - | $ - | $ 141.97 | |
| 8/27/2024 | | | | | | | | | 1/1/2022 | | $ 1,076.41 | $ (8,395.97) | $ 9,183.73 | $ 787.76 | $ 67,092.88 | $ (7,242.39) | | $ - | $ - | $ 141.97 | |
| 9/13/2024 | | | $ 3,644.85 | | | | | | | | $ - | $ (8,395.97) | $ 9,183.73 | $ 787.76 | $ 67,092.88 | $ (10,887.24) | | $ - | $ - | $ 141.97 | |
| 9/13/2024 | $ 874.57 | | | | | | | | | | $ - | $ (7,521.40) | $ 9,183.73 | $ 1,662.33 | $ 67,092.88 | $ (10,887.24) | | $ - | $ - | $ 141.97 | |
| 10/4/2024 | | $ 1,020.00 | | | | | | | | | $ - | $ (7,521.40) | $ 10,203.73 | $ 2,682.33 | $ 67,092.88 | $ (10,887.24) | $1,004.64 | $ - | $ 15.36 | $ 157.33 | 8/1/2024 |
| 10/4/2024 | | | | | | | | | | | $ - | $ (7,521.40) | $ 10,203.73 | $ 2,682.33 | $ 67,092.88 | $ (10,887.24) | | $ - | $ - | $ 157.33 | |
| 10/10/2024 | | | | | | | | | 2/1/2022 | | $ 1,076.41 | $ (8,597.81) | $ 10,203.73 | $ 1,605.92 | $ 66,739.21 | $ (10,527.92) | | $ - | $ - | $ 157.33 | |
| 11/1/2024 | | $ 1,025.00 | | | | | | | | | $ - | $ (8,597.81) | $ 11,228.73 | $ 2,630.92 | $ 66,739.21 | $ (10,527.92) | $1,004.64 | $ - | $ 20.36 | $ 177.69 | 9/1/2024 |
| 11/13/2024 | | | | | | | | | 3/1/2022 | | $ 1,076.41 | $ (9,674.22) | $ 11,228.73 | $ 1,554.51 | $ 66,383.62 | $ (10,168.60) | | $ - | $ - | $ 177.69 | |
| 12/6/2024 | | $ 1,010.00 | | | | | | | | | $ - | $ (9,674.22) | $ 12,238.73 | $ 2,564.51 | $ 66,383.62 | $ (10,168.60) | $1,004.64 | $ - | $ 5.36 | $ 183.05 | 10/1/2024 |
| 12/10/2024 | | | | | | | | | 4/1/2022 | | $ 1,076.41 | $ (10,750.63) | $ 12,238.73 | $ 1,488.10 | $ 66,026.11 | $ (9,809.28) | | $ - | $ - | $ 183.05 | |
| 1/13/2025 | $ 1,173.87 | | | | | | | | | | $ - | $ (9,576.76) | $ 12,238.73 | $ 2,661.97 | $ 66,026.11 | $ (9,809.28) | | $ - | $ - | $ 183.05 | |
| 1/14/2025 | | | | | | | | | 5/1/2022 | | $ 1,076.41 | $ (10,653.17) | $ 12,238.73 | $ 1,585.56 | $ 65,666.66 | $ (9,449.96) | | $ - | $ - | $ 183.05 | |
| 1/23/2025 | $ 1,306.28 | | | | | | | | | | $ - | $ (9,346.89) | $ 12,238.73 | $ 2,891.84 | $ 65,666.66 | $ (9,449.96) | | $ - | $ - | $ 183.05 | |
| 1/24/2025 | | $ 1,020.00 | | | | | | | | | $ - | $ (9,346.89) | $ 13,258.73 | $ 3,911.84 | $ 65,666.66 | $ (9,449.96) | $1,004.64 | $ - | $ 15.36 | $ 198.41 | 11/1/2024 |
| 1/24/2025 | | | | | | | | | | | $ - | $ (9,346.89) | $ 13,258.73 | $ 3,911.84 | $ 65,666.66 | $ (9,449.96) | | $ - | $ - | $ 198.41 | |
| 1/25/2025 | | | | | | | | | 6/1/2022 | | $ 1,076.41 | $ (10,423.30) | $ 13,258.73 | $ 2,835.43 | $ 65,305.26 | $ (9,090.64) | | $ - | $ - | $ 198.41 | |
| 1/25/2025 | | | | | | | | | 7/1/2022 | | $ 1,076.41 | $ (11,499.71) | $ 13,258.73 | $ 1,759.02 | $ 64,941.91 | $ (8,731.32) | | $ - | $ - | $ 198.41 | |
| 2/5/2025 | | | | | | | | | 8/1/2022 | | $ 1,158.85 | $ (12,658.56) | $ 13,258.73 | $ 600.17 | $ 64,576.59 | $ (8,289.56) | | $ - | $ - | $ 198.41 | |
| 2/14/2025 | $ 1,173.22 | | | | | | | | | | $ - | $ (11,485.34) | $ 13,258.73 | $ 1,773.39 | $ 64,576.59 | $ (8,289.56) | | $ - | $ - | $ 198.41 | |
| 2/14/2025 | | $ 64.43 | | | | | | | | | $ - | $ (11,485.34) | $ 13,323.16 | $ 1,837.82 | $ 64,576.59 | $ (8,289.56) | | $ - | $ 64.43 | $ 262.84 | |
| 2/19/2025 | | | | | | | | | 9/1/2022 | | $ 1,158.85 | $ (12,644.19) | $ 13,323.16 | $ 678.97 | $ 64,209.29 | $ (7,847.80) | | $ - | $ - | $ 262.84 | |
| 2/20/2025 | | $ 1,000.00 | | | | | | | | | $ - | $ (12,644.19) | $ 14,323.16 | $ 1,678.97 | $ 64,209.29 | $ (7,847.80) | $1,004.64 | $ - | $ (4.64) | $ 258.20 | 12/1/2024 |
| 2/24/2025 | | | | | | | | | 10/1/2022 | | $ 1,158.85 | $ (13,803.04) | $ 14,323.16 | $ 520.12 | $ 63,840.00 | $ (7,406.04) | | $ - | $ - | $ 258.20 | |
| 3/18/2025 | | $ 1,020.00 | | | | | | | | | $ - | $ (13,803.04) | $ 15,343.16 | $ 1,540.12 | $ 63,840.00 | $ (7,406.04) | $1,004.64 | $ - | $ 15.36 | $ 273.56 | 1/1/2025 |
| 4/8/2025 | $ 1,171.92 | | | | | | | | | | $ - | $ (12,631.12) | $ 15,343.16 | $ 2,712.04 | $ 63,840.00 | $ (7,406.04) | | $ - | $ - | $ 273.56 | |
| 4/11/2025 | | $ 2,020.00 | | | | | | | | | $ - | $ (12,631.12) | $ 17,363.16 | $ 4,732.04 | $ 63,840.00 | $ (7,406.04) | $1,004.64 | $ - | $ 1,015.36 | $ 1,288.92 | 2/1/2025 |
| 4/11/2025 | | | | | | | | | | | $ - | $ (12,631.12) | $ 17,363.16 | $ 4,732.04 | $ 63,840.00 | $ (7,406.04) | $1,004.64 | $ - | $ (1,004.64) | $ 284.28 | 3/1/2025 |
| 4/11/2025 | | | | | | | | | | | $ - | $ (12,631.12) | $ 17,363.16 | $ 4,732.04 | $ 63,840.00 | $ (7,406.04) | | $ - | $ - | $ 284.28 | |
| 4/15/2025 | | | | | | | | | 11/1/2022 | | $ 1,158.85 | $ (13,789.97) | $ 17,363.16 | $ 3,573.19 | $ 63,468.71 | $ (6,964.28) | | $ - | $ - | $ 284.28 | |
| 4/15/2025 | | | | | | | | | 12/1/2022 | | $ 1,158.85 | $ (14,948.82) | $ 17,363.16 | $ 2,414.34 | $ 63,095.41 | $ (6,522.52) | | $ - | $ - | $ 284.28 | |
| 4/25/2025 | | | | | | | | | 1/1/2023 | | $ 1,107.45 | $ (16,056.27) | $ 17,363.16 | $ 1,306.89 | $ 62,720.09 | $ (6,132.16) | | $ - | $ - | $ 284.28 | |
| 5/22/2025 | | $ 1,010.00 | | | | | | | | | $ - | $ (16,056.27) | $ 18,373.16 | $ 2,316.89 | $ 62,720.09 | $ (6,132.16) | $1,004.64 | $ - | $ 5.36 | $ 289.64 | 4/1/2025 |
| 5/23/2025 | | | | | | | | | 2/1/2023 | | $ 1,107.45 | $ (17,163.72) | $ 18,373.16 | $ 1,209.44 | $ 62,342.73 | $ (5,741.80) | | $ - | $ - | $ 289.64 | |
| 6/10/2025 | $ 2,323.20 | | | | | | | | | | $ - | $ (14,840.52) | $ 18,373.16 | $ 3,532.64 | $ 62,342.73 | $ (5,741.80) | | $ - | $ - | $ 289.64 | |
| 6/11/2025 | | | | | | | | | 3/1/2023 | | $ 1,107.45 | $ (15,947.97) | $ 18,373.16 | $ 2,425.19 | $ 61,963.33 | $ (5,351.44) | | $ - | $ - | $ 289.64 | |
| 6/11/2025 | | | | | | | | | 4/1/2023 | | $ 1,107.45 | $ (17,055.42) | $ 18,373.16 | $ 1,317.74 | $ 61,581.87 | $ (4,961.08) | | $ - | $ - | $ 289.64 | |
| 7/11/2025 | $ 1,170.59 | | | | | | | | | | $ - | $ (15,884.83) | $ 18,373.16 | $ 2,488.33 | $ 61,581.87 | $ (4,961.08) | | $ - | $ - | $ 289.64 | |

| | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/14/2025 | | | | | | | | | 5/1/2023 | | $ 1,107.45 | $ (16,992.28) | $ 18,373.16 | $ 1,380.88 | $ 61,198.35 | $ (4,570.72) | | $ - | $ - | $ 289.64 | |
| 7/14/2025 | | $ 1,005.00 | | | | | | | | | $ - | $ (16,992.28) | $ 19,378.16 | $ 2,385.88 | $ 61,198.35 | $ (4,570.72) | $1,004.64 | $ - | $ 0.36 | $ 290.00 | 5/1/2025 |
| 7/14/2025 | | | | | | | | | | | $ - | $ (16,992.28) | $ 19,378.16 | $ 2,385.88 | $ 61,198.35 | $ (4,570.72) | | $ - | $ - | $ 290.00 | |
| 7/15/2025 | | | | | | | | | 6/1/2023 | | $ 1,107.45 | $ (18,099.73) | $ 19,378.16 | $ 1,278.43 | $ 60,812.75 | $ (4,180.36) | | $ - | $ - | $ 290.00 | |
| 8/11/2025 | $ 25,097.80 | | | | | | | | | | $ - | $ 6,998.07 | $ 19,378.16 | $ 26,376.23 | $ 60,812.75 | $ (4,180.36) | | $ - | $ - | $ 290.00 | |
| 8/14/2025 | | | | | | | | | 7/1/2023 | | $ 1,107.45 | $ 5,890.62 | $ 19,378.16 | $ 25,268.78 | $ 60,425.06 | $ (3,790.00) | | $ - | $ - | $ 290.00 | |
| 8/14/2025 | | | | | | | | | 8/1/2023 | | $ 1,107.45 | $ 4,783.17 | $ 19,378.16 | $ 24,161.33 | $ 60,035.27 | $ (3,399.64) | | $ - | $ - | $ 290.00 | |
| 8/14/2025 | | | | | | | | | 9/1/2023 | | $ 1,107.45 | $ 3,675.72 | $ 19,378.16 | $ 23,053.88 | $ 59,643.37 | $ (3,009.28) | | $ - | $ - | $ 290.00 | |
| 8/15/2025 | | | | | | | | | 10/1/2023 | | $ 1,107.45 | $ 2,568.27 | $ 19,378.16 | $ 21,946.43 | $ 59,249.35 | $ (2,618.92) | | $ - | $ - | $ 290.00 | |
| 8/18/2025 | | | | $ 396.16 | $ 320.93 | $ 287.55 | | 11/1/2023 | 11/1/2023 | | $ 1,004.64 | $ 2,568.27 | $ 18,373.52 | $ 20,941.79 | $ 58,853.19 | $ (2,331.37) | | $ - | $ - | $ 290.00 | |
| 8/18/2025 | | | | $ 398.30 | $ 318.79 | $ 287.55 | | 12/1/2023 | 12/1/2023 | | $ 1,004.64 | $ 2,568.27 | $ 17,368.88 | $ 19,937.15 | $ 58,454.89 | $ (2,043.82) | | $ - | $ - | $ 290.00 | |
| 8/18/2025 | | | | $ 400.46 | $ 316.63 | $ 287.55 | | 1/1/2024 | 1/1/2024 | | $ 1,004.64 | $ 2,568.27 | $ 16,364.24 | $ 18,932.51 | $ 58,054.43 | $ (1,756.27) | | $ - | $ - | $ 290.00 | |
| 8/18/2025 | | | | $ 402.63 | $ 314.46 | $ 287.55 | | 2/1/2024 | 2/1/2024 | | $ 1,004.64 | $ 2,568.27 | $ 15,359.60 | $ 17,927.87 | $ 57,651.80 | $ (1,468.72) | | $ - | $ - | $ 290.00 | |
| 8/18/2025 | | | | $ 404.81 | $ 312.28 | $ 287.55 | | 3/1/2024 | 3/1/2024 | | $ 1,004.64 | $ 2,568.27 | $ 14,354.96 | $ 16,923.23 | $ 57,246.99 | $ (1,181.17) | | $ - | $ - | $ 290.00 | |
| 8/18/2025 | | | | $ 407.00 | $ 310.09 | $ 287.55 | | 4/1/2024 | 4/1/2024 | | $ 1,004.64 | $ 2,568.27 | $ 13,350.32 | $ 15,918.59 | $ 56,839.99 | $ (893.62) | | $ - | $ - | $ 290.00 | |
| 8/18/2025 | | | | $ 409.21 | $ 307.88 | $ 287.55 | | 5/1/2024 | 5/1/2024 | | $ 1,004.64 | $ 2,568.27 | $ 12,345.68 | $ 14,913.95 | $ 56,430.78 | $ (606.07) | | $ - | $ - | $ 290.00 | |
| 8/18/2025 | | | | $ 411.42 | $ 305.67 | $ 287.55 | | 6/1/2024 | 6/1/2024 | | $ 1,004.64 | $ 2,568.27 | $ 11,341.04 | $ 13,909.31 | $ 56,019.36 | $ (318.52) | | $ - | $ - | $ 290.00 | |
| 8/19/2025 | | | | $ 413.65 | $ 303.44 | $ 287.55 | | 7/1/2024 | 7/1/2024 | | $ 1,004.64 | $ 2,568.27 | $ 10,336.40 | $ 12,904.67 | $ 55,605.71 | $ (30.97) | | $ - | $ - | $ 290.00 | |
| 8/19/2025 | | | | $ 415.89 | $ 301.20 | $ 287.55 | | 8/1/2024 | 8/1/2024 | | $ 1,004.64 | $ 2,568.27 | $ 9,331.76 | $ 11,900.03 | $ 55,189.82 | $ 256.58 | | $ - | $ - | $ 290.00 | |
| 8/19/2025 | | | | $ 418.15 | $ 298.94 | $ 287.55 | | 9/1/2024 | 9/1/2024 | | $ 1,004.64 | $ 2,568.27 | $ 8,327.12 | $ 10,895.39 | $ 54,771.67 | $ 544.13 | | $ - | $ - | $ 290.00 | |
| 8/19/2025 | | | | $ 420.41 | $ 296.68 | $ 287.55 | | 10/1/2024 | 10/1/2024 | | $ 1,004.64 | $ 2,568.27 | $ 7,322.48 | $ 9,890.75 | $ 54,351.26 | $ 831.68 | | $ - | $ - | $ 290.00 | |
| 8/19/2025 | | | | $ 422.69 | $ 294.40 | $ 287.55 | | 11/1/2024 | 11/1/2024 | | $ 1,004.64 | $ 2,568.27 | $ 6,317.84 | $ 8,886.11 | $ 53,928.57 | $ 1,119.23 | | $ - | $ - | $ 290.00 | |
| 8/19/2025 | | | | $ 424.98 | $ 292.11 | $ 287.55 | | 12/1/2024 | 12/1/2024 | | $ 1,004.64 | $ 2,568.27 | $ 5,313.20 | $ 7,881.47 | $ 53,503.59 | $ 1,406.78 | | $ - | $ - | $ 290.00 | |
| 8/19/2025 | | | | $ 427.28 | $ 289.81 | $ 287.55 | | 1/1/2025 | 1/1/2025 | | $ 1,004.64 | $ 2,568.27 | $ 4,308.56 | $ 6,876.83 | $ 53,076.31 | $ 1,694.33 | | $ - | $ - | $ 290.00 | |
| 8/19/2025 | | | | $ 429.59 | $ 287.50 | $ 287.55 | | 2/1/2025 | 2/1/2025 | | $ 1,004.64 | $ 2,568.27 | $ 3,303.92 | $ 5,872.19 | $ 52,646.72 | $ 1,981.88 | | $ - | $ - | $ 290.00 | |
| 8/19/2025 | | | | $ 431.92 | $ 285.17 | $ 287.55 | | 3/1/2025 | 3/1/2025 | | $ 1,004.64 | $ 2,568.27 | $ 2,299.28 | $ 4,867.55 | $ 52,214.80 | $ 2,269.43 | | $ - | $ - | $ 290.00 | |
| 8/20/2025 | | $ 2,040.00 | | $ 434.26 | $ 282.83 | $ 287.55 | | 4/1/2025 | 4/1/2025 | | $ 1,004.64 | $ 2,568.27 | $ 3,334.64 | $ 5,902.91 | $ 51,780.54 | $ 2,556.98 | $1,004.64 | $ - | $ 1,035.36 | $ 1,325.36 | 6/1/2025 |
| 8/20/2025 | | | | $ 436.61 | $ 280.48 | $ 287.55 | | 5/1/2025 | 5/1/2025 | | $ 1,004.64 | $ 2,568.27 | $ 2,330.00 | $ 4,898.27 | $ 51,343.93 | $ 2,844.53 | $1,004.64 | $ - | $ (1,004.64) | $ 320.72 | 7/1/2025 |
| 8/20/2025 | | | | | | | | | | Fee | $ - | $ (1,335.85) | $ 2,330.00 | $ 994.15 | $ 51,343.93 | $ 2,844.53 | | $ - | $ - | $ 320.72 | |
| 9/9/2025 | | | $ 3,838.88 | | | | | | | | $ - | $ (1,335.85) | $ 2,330.00 | $ 994.15 | $ 51,343.93 | $ (994.35) | | $ - | $ - | $ 320.72 | |
| | | | | | | | | | | | $ - | $ (1,335.85) | $ 2,330.00 | $ 994.15 | $ 51,343.93 | $ (994.35) | | $ - | $ - | $ 320.72 | |
| | | | | | | | | | | | $ - | $ (1,335.85) | $ 2,330.00 | **$ 994.15** | **$ 51,343.93** | **$ (994.35)** | | $ - | $ - | $ 320.72 | |
| | | | | | | | | | | | $ - | $ (1,335.85) | $ 2,330.00 | $ 994.15 | $ 51,343.93 | $ (994.35) | | $ - | $ - | $ 320.72 | |
| | $ 163.28 | | | | | | | | | Escrow waive | $ - | $ (1,172.57) | $ 2,330.00 | $ 1,157.43 | $ 51,343.93 | $ (994.35) | | $ - | $ - | $ 320.72 | |
| | | | | | | | once missing check received this amount is valid no | | | | $ - | $ (0.00) | $ 2,330.00 | $ 2,330.00 | $ 51,343.93 | $ (994.35) | | $ - | $ - | $ 320.72 | |
| | | | | $ 436.61 | $ 280.48 | $ 287.55 | | 6/1/2025 | 6/1/2025 | ent must be a | $ 1,004.64 | $ (0.00) | $ 1,325.36 | $ 1,325.36 | $ 50,907.32 | $ (706.80) | | $ - | $ - | $ 320.72 | |
| | | | | $ 436.61 | $ 280.48 | $ 287.55 | | 7/1/2025 | 7/1/2025 | ent must be a | $ 1,004.64 | $ (0.00) | $ 320.72 | $ 320.72 | $ 50,470.71 | $ (419.25) | | $ - | $ - | $ 320.72 | |
| | | | | | | | | | | | $ - | $ (0.00) | $ 320.72 | $ 320.72 | $ 50,470.71 | $ (419.25) | | $ - | $ - | $ 320.72 | |
| | | | | | | | | | | | $ - | $ (0.00) | $ 320.72 | $ 320.72 | $ 50,470.71 | $ (419.25) | | $ - | $ - | $ 320.72 | |
| | | | | | | | | | | | $ - | $ (0.00) | $ 320.72 | $ 320.72 | $ 50,470.71 | $ (419.25) | | $ - | $ - | $ 320.72 | |
| | | | | | | | | | | | $ - | $ (0.00) | $ 320.72 | $ 320.72 | $ 50,470.71 | $ (419.25) | | $ - | $ - | $ 320.72 | |
| | | | | | | | | | | | $ - | $ (0.00) | $ 320.72 | $ 320.72 | $ 50,470.71 | $ (419.25) | | $ - | $ - | $ 320.72 | |
| | | | | | | | | | | | $ - | $ (0.00) | $ 320.72 | $ 320.72 | $ 50,470.71 | $ (419.25) | | $ - | $ - | $ 320.72 | |
| | | | | | | | | | | | $ - | $ (0.00) | $ 320.72 | $ 320.72 | $ 50,470.71 | $ (419.25) | | $ - | $ - | $ 320.72 | |
| | | | | | | | | | | | $ - | $ (0.00) | $ 320.72 | $ 320.72 | $ 50,470.71 | $ (419.25) | | $ - | $ - | $ 320.72 | |
| | | | | | | | | | | | $ - | $ (0.00) | $ 320.72 | $ 320.72 | $ 50,470.71 | $ (419.25) | | $ - | $ - | $ 320.72 | |
| | | | | | | | | | | | $ - | $ (0.00) | $ 320.72 | $ 320.72 | $ 50,470.71 | $ (419.25) | | $ - | $ - | $ 320.72 | |
| | | | | | | | | | | | $ - | $ (0.00) | $ 320.72 | $ 320.72 | $ 50,470.71 | $ (419.25) | | $ - | $ - | $ 320.72 | |
| | | | | | | | | | | | $ - | $ (0.00) | $ 320.72 | $ 320.72 | $ 50,470.71 | $ (419.25) | | $ - | $ - | $ 320.72 | |
| | | | | | | | | | | | $ - | $ (0.00) | $ 320.72 | $ 320.72 | $ 50,470.71 | $ (419.25) | | $ - | $ - | $ 320.72 | |
| | | | | | | | | | | | $ - | $ (0.00) | $ 320.72 | $ 320.72 | $ 50,470.71 | $ (419.25) | | $ - | $ - | $ 320.72 | |
| | | | | | | | | | | | $ - | $ (0.00) | $ 320.72 | $ 320.72 | $ 50,470.71 | $ (419.25) | | $ - | $ - | $ 320.72 | |
| | | | | | | | | | | | $ - | $ (0.00) | $ 320.72 | $ 320.72 | $ 50,470.71 | $ (419.25) | | $ - | $ - | $ 320.72 | |
| | | | | | | | | | | | $ - | $ (0.00) | $ 320.72 | $ 320.72 | $ 50,470.71 | $ (419.25) | | $ - | $ - | $ 320.72 | |
| | | | | | | | | | | | $ - | $ (0.00) | $ 320.72 | $ 320.72 | $ 50,470.71 | $ (419.25) | | $ - | $ - | $ 320.72 | |
| | | | | | | | | | | | $ - | $ (0.00) | $ 320.72 | $ 320.72 | $ 50,470.71 | $ (419.25) | | $ - | $ - | $ 320.72 | |
| | | | | | | | | | | | $ - | $ (0.00) | $ 320.72 | $ 320.72 | $ 50,470.71 | $ (419.25) | | $ - | $ - | $ 320.72 | |
| | | | | | | | | | | | $ - | $ (0.00) | $ 320.72 | $ 320.72 | $ 50,470.71 | $ (419.25) | | $ - | $ - | $ 320.72 | |
| | | | | | | | | | | | $ - | $ (0.00) | $ 320.72 | $ 320.72 | $ 50,470.71 | $ (419.25) | | $ - | $ - | $ 320.72 | |
| | | | | | | | | | | | $ - | $ (0.00) | $ 320.72 | $ 320.72 | $ 50,470.71 | $ (419.25) | | $ - | $ - | $ 320.72 | |